Lawrence H. Meuers (SBN 197663)
MEUERS LAW FIRM, P.L.
5395 Park Central Court
Naples, FL 34109-5932
Telephone: (239)513-9191
Facsimile: (239)513-9677
lmeuers@meuerslawfirm.com

Attorneys for Plaintiff

Priority
Send
Enter
Closed
JS-5/JS-6 ✓
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| SUN BELLE, INC.,<br>Plaintiff,<br>vs.<br>PRIME TROPICAL, INC., JULIO CESAR CHAN, VINCENT V. RAMIREZ, JR., MARIA G. CHAN, and YOLANDA RITA RAMIREZ,<br>Defendants. | Case No.: 5:10-cv-01515-VAP-OP |

**Order Approving Stipulation For Voluntary Dismissal Without Prejudice**

Upon the parties' stipulation of Plaintiff Sun Belle, Inc. and Defendants, Prime Tropical, Inc., Julio Cesar Chan, Vincent V. Ramirez, Jr., Maria G. Chan, and Yolanda Rita Ramirez in accordance with FRCP 41(a)(1)(ii) and LR 41(a)(2), this case is dismissed without prejudice.

Done and ordered on July 21, 2011.

Virginia A. Phillips
United States District Judge